SHEPHERD, FINKELMAN, MILLER & SHAH, LLP
JAMES C. SHAH
NATALIE FINKELMAN BENNETT
475 White Horse Pike
Collingswood, NJ  08107
Telephone: 856/858-1770
Facsimile: 866/300-7367
*jshah@sfmslaw.com*
*nfinkelman@sfmslaw.com*

*Attorneys for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ALLEN WHITAKER and RICARDO FROST,<br><br>Plaintiffs,<br><br>v.<br><br>ONTEL PRODUCTS CORPORATION,<br><br>Defendant. | Case No. 2:19-CV-07497-CCC-MF<br><br><br><br>**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)** |

NOTICE IS HEREBY GIVEN BY Plaintiffs, Allen Whitaker and Ricardo Frost, through the undersigned counsel, that the above-captioned action is voluntarily dismissed, with prejudice and pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(i).

Dated:   June 28, 2019

Respectfully submitted,
SHEPHERD, FINKELMAN, MILLER & SHAH, LLP

/s/ *James C. Shah*
JAMES C. SHAH
NATALIE FINKELMAN BENNETT
475 White Horse Pike
Collingswood, NJ  08107
Telephone: 856/858-1770
Facsimile: 866/300-7367
*jshah@sfmslaw.com*
*nfinkelman@sfmslaw.com*

*Attorneys for Plaintiffs*

SO ORDERED

   *s/Claire C. Cecchi*
Claire C. Cecchi, U.S.D.J.

Date:   8/1/19